UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MIECHELL DUCE, as Personal
Representative of the Estate
of CHIEF WARRANT OFFICER
JOHNNY DUCE, Deceased, and as
Parent of Justin Duce and as Parent
and Guardian of Danielle Duce,
a minor,**

    Plaintiff(s),

v.   CASE NO: 8:03-cv-1381-T-30MAP

**BOMBARDIER, INC., et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

Notices of Settlement (Dkts. #186 and #187) were filed in consolidated case number 8:03-cv-539-T-30MSS on February 22, 2005, regarding the above-styled case. In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1)    This case is dismissed.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1381.dismissal.wpd*